# EXHIBIT A

## LIST OF COUNSEL

| Party | Counsel |
|---|---|
| Plaintiffs<br><br>HANS A. QUAAK, KARL LEIBINGER and ATTILIO PO | Glen DeValerio, Esq.<br>Jeffrey C. Block, Esq.<br>Patrick T. Egan, Esq.<br>Allison K. Jones, Esq.<br>**BERMAN, DEVALERIO PEASE TABACCO BURT & PUCILLO**<br>One Liberty Square<br>Boston, MA 02109<br>(617) 542-8300<br><br>J. Allen Carney, Esq.<br>**CAULEY BOWMAN CARNEY & WILLIAMS, PLLC**<br>11001 Executive Center Drive, Suite 200<br>PO Box 25438<br>Little Rock, AR 72221-5438<br>(501) 312-8505<br><br>James P. Bonner, Esq.<br>Patrick L. Rocco, Esq.<br>**SHALOV STONE & BONNER**<br>485 7th Avenue, Suite 1000<br>New York, New York 10018<br>(212) 239-4340 |
| Plaintiffs<br><br>GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust, | Gregory P. Joseph, Esq.<br>Susan M. Davies, Esq.<br>**GREGORY P. JOSEPH LAW OFFICES, LLC**<br>805 Third Avenue<br>31st Floor<br>New York, NY  10022<br>(212) 407-1210 |
| Plaintiffs<br><br>STONINGTON PARTNERS, INC., STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., and STONINGTON HOLDINGS, L.L.C., | Steven B. Singer, Esq.<br>**BERNSTEIN LITOWITZ, BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 554-1400 |

1

| | |
|---|---|
| Plaintiffs<br><br>JANET BAKER and JAMES BAKER,<br>JKBAKER LLC and JMBAKER LLC, | Karen C. Dyer, Esq.<br>George R. Coe, Esq.<br>**BOIES, SCHILLER & FLEXNER LLP**<br>255 S. Orange Avenue<br>Suite 905<br>Orlando, FL 32801-3456<br>(407) 425-7118<br><br>Alan K. Cotler, Esq.<br>**REED SMITH LLP**<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 10103-4301<br>(215) 851-8100 |
| Defendant<br>DEXIA BANK BELGIUM | James B. Weidner, Esq.<br>Jeff E. Butler, Esq.<br>**CLIFFORD CHANCE US LLP**<br>31 West 52nd Street<br>New York, NY 10019<br>(212) 878-8205<br><br>Peter M. Saparoff, Esq.<br>**MINTZ LEVIN COHN FERRIS**<br>  **GLOVSKY AND POPEO, PC**<br>One Financial Center<br>Boston, MA 02111<br>(617) 542-6000 |