**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br>    Plaintiffs,<br>        v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.:  03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br>    Plaintiffs,<br>        v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.:  04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>    Plaintiffs,<br>        v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.:  04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br>    Plaintiffs,<br>        v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.:  04-CV-10501 (PBS) |

**EXHIBITS B – G**
**TO PLAINTIFFS'**
**REQUEST FOR INTERNATIONAL**
**JUDICIAL ASSISTANCE (LETTERS ROGATORY)**

**EXHIBITS B – G
TO PLAINTIFFS'
REQUEST FOR INTERNATIONAL
JUDICIAL ASSISTANCE (LETTERS ROGATORY)**

**"CONFIDENTIAL INFORMATION"**

PURSUANT TO THE MAY 31, 2005 CONFIDENTIALITY ORDER THE FOLLOWING EXHIBITS TO PLAINTIFFS' REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTERS ROGATORY) ARE SUBJECT TO PLAINTIFFS' ACCOMPANYING MOTION FOR LEAVE TO FILE PAPERS UNDER SEAL FILED JUNE 16, 2006:

    EXHIBIT B – PROPOSED EXAMINATION OF RENÉ AVONTS

    EXHIBIT C – PROPOSED EXAMINATION OF GEERT DAUWE

    EXHIBIT D – PROPOSED EXAMINATION OF ERIC DE GYNS

    EXHIBIT E – PROPOSED EXAMINATION OF PATRICK FAICT

    EXHIBIT F – PROPOSED EXAMINATION OF JAN VAN BROECKHOVEN

    EXHIBIT G – PROPOSED EXAMINATION OF JAN VAN DER VEN